RETURN DATE: *October 5th, 2:30pm*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re: *Derrick Meyler*                 Case No. *10-45852*
                                        Chapter: *7*



                      Debtor(s)
-----------------------------------------------------x

## NOTICE OF MOTION

SIRS:

   PLEASE TAKE NOTICE that upon the annexed application of *Derrick Meyler*, Debtor(s), a hearing will be held before the Hon. *Craig*, Bankruptcy Judge, to consider the Debtor's motion for an order granting relief as follows: *to dismiss this Chapter 7 case.*

_____.

Date and time of hearing: *October 5th, 2010 at 2:30pm*

Location: U.S. Bankruptcy Court
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800
Courtroom # *3529*, *3rd* Floor

Dated: *August 30th, 2010*

_____
Debtor (signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
In re: _Derrick Meyler_          Case No. _10 - 45852_
                                  Chapter: _7_


                    Debtor(s)
----------------------------------------------------x


## APPLICATION IN SUPPORT OF MOTION

To the Hon. _Craig_____, Bankruptcy Judge:

I, _Derrick Meyler_____, Debtor herein, make this application in support of my motion for the following relief:

_to dismiss this Chapter 7 case._
_____.

In support of this motion, I hereby allege as follows:

_Mr. Demetrios Tsatkis (Bankruptcy lawyer) stated that my case would be filed as disability status and it would_ Continued→

WHEREFORE, Debtor prays for an Order granting relief requested.


Dated: _August 30th, 2010_

                                    _____
                                    Debtor (signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re: Derrick Meyler                Case No. 10-45852
                                     Chapter: 7


                    Debtor(s)
-------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on August 30th, 2010,
(date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]:

See attached list.


Dated: August 30th, 2010

_____
(signature)

Rev. 8/24/09

be 6 months the most before I get back credit. Furthermore, he said that my land, car(s) and personal injury case(s) will not be considered because I am disabled. Mr. Tsatkis did not disclose the necessary information to me and he has misrepresented and ill-advised me in this Chapter 7 matter. I am asking that you dismiss this matter because my Tsatkis knowingly took advantage of the fact that I am "disabled." Under the law it is called Undue influence when someone knowingly takes advantage of the lack of knowledge of the other and uses tactics to his or her advantage.

    I will pay my debtors from my "Settlement" or whatever monies I receive after the "trials."

    Creditors that will be served:

① Atlantic Credit + Finance
PO Box 11887
Roanoke, VA. 24022

② Barclays Bank Delaware
Card Services
PO Box 8802
Wilmington, De. 19899

③ Chase Card Services
PO Box 15153
Wilmington, De. 19886

④ Cohen & Slamowitz
199 Crossways Park Drive
PO Box 9004
Woodbury, NY. 11797

⑤ DirecTV
PO Box 11732
Newark, NJ. 07101

Respectfully,
Derrick Meyer
Derrick Meyer

6) HSBC
PO Box 4604
Buffalo, NY. 14240

7) Kevin A. Hardy
PO Box 818
Stroudsburg, Pa. 18360

8) NCO Financial Systems
PO Box 4906
Dept 64
Trenton, NJ. 08650

9) United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY. 11201

10) American Express
c/o Becket and Lee
PO Box 3001
Malvern, Pa. 19355-0701

11) Bank of America
PO Box 17054
Wilmington, De. 19850

12) Barclays Bank Delaware
PO Box 8828
Wilmington, De. 19899

13) Chase
PO Box 15548
Wilmington, De. 19886

14) County of Monroe
Township of Stroud
1212 Christopher Street
PO Box 128
Stroudsburg, Pa. 18360

15) Discover Financial LLC
PO Box 15316
Wilmington, De. 19850

16) HSBC Card Services
PO Box 37281
Baltimore, Md. 21297

17) Loan to Loan
21680 Ridgetop Cir
Sterling, Va. 20166

18) Pars Medical PC
5223 9th Avenue
Brooklyn, NY. 11220

19) Atlantic Card
PO Box 13386
Roanoke, Va. 24033

20) Barclays Bank Delaware
PO Box 8833
Wilmington, De. 19899

Derrick Wegler

(21) Chase
900 Brooksedge Blv
Westerville, OH. 43081

(22) Chase Student Ln Service
384 Galleria Pkwy
Madison, MS. 39110-6841

(23) Credit Collection Service
Two Wells Ave. Dept. 7A
Newton Center, MA. 02459

(24) Gemb/Walmart
Po Box 981400
El Paso, TX. 79998

(25) HSBC Bank
Po Box 5253
Carol Stream, IL. 60197

(26) NCO Financial Systems
507 Prudential Road
Horsham, Pa. 19044

(27) Penn Forest Streams Poa
11 Clubhouse Road
Jim Thorpe, Pa. 18229-2766

(28) United Recovery sys.
Po Box 77272
Houston, TX. 77272

(29) Demetrios K. Tsatis
Macey and Aleman PC
420 Lexington Avenue
Suite 2132
NY, NY. 10170

(30) US Dept of Education
Attn: Borrowers Svc. Dept.
Po Box 5609
Greenville, TX. 75403

(31) Derrick A Meyler
91 Ocean Parkway #3F
Brooklyn, NY. 11218

(32) Wigwam Lake Club, Inc.
C/o Kevin Hardy
Po Box 818
Stroudsburg, Pa. 18360

(33) Robert L. Geltzer
1556 Third Avenue
New York, NY. 10128

*Derrick Meyler*
Derrick Meyler