**MACEY & ALEMAN**
*adba MACEY & ALEMAN PC and MACEY & ALEMAN LLP*
**AMERICA'S CONSUMER LAW FIRM**

September 8, 2010

Honorable Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**In re: Derrick A Meyler – Case No.: 10-45852**

Dear Honorable Judge Craig:

Please be advised that the Motion to Dismiss on the above-referenced case was filed by the debtor on August 30, 2010 without my knowledge. Macey & Aleman continues to serve as counsel on this Chapter 7 Bankruptcy proceeding.

Respectfully,

Demetrios K. Tsatis, Esq.
Macey & Aleman, PC
420 Lexington Ave., Suite 2132
New York, NY 10170
T: (212) 867-1940
F: (212) 867-1944

Cc:

Robert L. Geltzer
U.S. Standing Bankruptcy Trustee
1556 Third Avenue, Suite 1500
New York, New York 10128

Derrick A. Meyler
91 Ocean Parkway, Apt# 3F
Brooklyn, New York 11218