

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2010 SEP 27 P 12:31
RECEIVED/MR

10-45852

September 21, 2010

U.S. Bankruptcy Court
271 Cadman Plaza East, Suite #1595
Brooklyn NY 11201

Re: Derrick Meyler

To Whom It May Concern:

This letter is in response to your communication received in our office on September 16, 2010, regarding validation on a student loan account. I am responding on behalf of Chase Student Loan Servicing, LLC ("Chase").

After careful review, we were able to locate an account at Chase with the information provided. Please contact the current servicer or guarantor as Chase no longer services this account.

We strive to pursue excellence and always want to assist our customers. We encourage our customers to contact us with any issues of concern regarding their student loan account. If you have any questions or need additional assistance, please contact one of the below listed numbers to reach our Customer Care Department.

Sincerely,

Customer Care Research

Enclosure(s)

2010 SEP 27 P 12:31
RECEIVED/MR
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

Chase Student Loan Servicing, LLC
Mail Correspondence To: PO Box 523, Madison, MS 39130 • Mail Payments To: PO Box 522, Madison, MS 39130
Telephone: 800 489 5005 • Facsimile: 888 471 4807
www.cslservicing.com

RECEIVED
SEP 15 2010
CSL

RETURN DATE: October 5th, 2:30pm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In re: Derrick Meyler

Case No. 10-45852
Chapter: 7

Debtor(s)
----------------------------------------X

RECEIVED
SEP 07 2010
Records Management

## NOTICE OF MOTION

SIRS:

    PLEASE TAKE NOTICE that upon the annexed application of Derrick Meyler, Debtor(s), a hearing will be held before the Hon. Craig, Bankruptcy Judge, to consider the Debtor's motion for an order granting relief as follows: to dismiss this Chapter 7 case.

Date and time of hearing: October 5th, 2010 at 2:30pm

Location: U.S. Bankruptcy Court
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800
Courtroom #3529, 3rd Floor

Dated: August 30th, 2010

Debtor (signature)

RECEIVED/MR
2010 SEP 27 P 12:31
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2010 AUG 30 P 12:35
CLERK BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
In re: Derrick Meyler

RECEIVED
SEP 07 2010
Records Management
Case No. 10-48852
Chapter: 7

Debtor(s)
------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

To the Hon. Craig _____, Bankruptcy Judge:

I, Derrick Meyler, Debtor herein, make this application in support of my motion for the following relief:

to dismiss this Chapter 7 case.

In support of this motion, I hereby allege as follows:

Mr. Demetrios Tsatkis (Bankruptcy lawyer) stated that my case would be filed as disability status and it would continue

WHEREFORE, Debtor prays for an Order granting relief requested.

Dated: August 30th, 2010

_____
Debtor (signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re: Derrick Meyler

Case No. 10-45852
Chapter: 7

                        Debtor(s)
-------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 30th, 2010,
(date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]:

See attached list.

Dated: August 30th, 2010

_____
(signature)

Rev. 8-24-09

RECEIVED SEP 07 2010 Records Management

be 6 months the most before I get back credit. Furthermore, he said that my land, car(s) and personal injury case(s) will not be considered because I am disabled. Mr. Tsetis did not disclose the SEP 07 2010 Records Management RECEIVED information to me and he has misrepresented and ill-advised me in this Chapter 7 matter. I am asking that you dismiss this matter because my Tsetis knowingly took advantage of the fact that I am "disabled". Under the law it is called under influence when someone knowingly takes advantage of the lack of knowledge of the other and uses tactics to his or her advantage.

I will pay my debtors from my "Settlement" or whatever monies I receive after the "trials".

Creditors that will be served:

① Atlantic Credit & Finance
PO Box 11887
Roanoke, Va. 24022

② Barclays Bank Delaware
Card Services
PO Box 8803
Wilmington, De. 19899

③ Chase Card Services
PO Box 15153
Wilmington, De. 19886

④ Cohen & Shumowitz
199 Crossways Park Drive
PO Box 9004
Woodbury, N.Y. 11797

⑤ Direct TV
PO Box 11732
Newark, NJ. 07101

Respectfully
Danielle Muniz
Derrick Muniz

7) HSBC
PO Box 4604
Buffalo, NY. 14240

8) Kevin A. Hardy
PO Box 818
Stroudsburg, PA. 18360

8) NCO Financial Systems
PO Box 4906
Dept 64
Trenton, NJ. 08650

9) United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY. 11201

10) American Express
C/O Becket and Lee
PO Box 3001
Malvern, PA. 19355-0701

11) Bank of America
PO Box 17054
Wilmington, DE. 19850

12) Barclays Bank Delaware
PO Box 8828
Wilmington, DE. 19899

13) Chase
PO Box 15548
Wilmington, DE. 19886

RECEIVED
SEP 07 2009
Records Management

14) County of Monroe
Township of Stroud
1212 Christopher Street
PO Box 128
Stroudsburg, PA. 18360

15) Discover Financial LLC
PO Box 15316
Wilmington, DE. 19850

16) HSBC Card Services
PO Box 37281
Baltimore, MD. 21297

17) Loan to Loan
21680 Ridgetop Cir
Sterling, VA. 20166

18) Pars Medical PC
5223 9th Avenue
Brooklyn, NY. 11220

19) Atlantic Card
PO Box 13386
Roanoke, VA. 24033

20) Barclays Bank Delaware
PO Box 8833
Wilmington, DE. 19899

Derrick Wegler

21) Chase
900 Brooksedge Bld
Westerville, OH. 43081

22) Chase Student Ln Service
384 Galleria Pkwy
Madison, MS. 39110-6841

23) Credit Collection Service
Two Wells Ave. Dept. 79
Newton Center, MA. 02459

24) Crenb/Walmart
PO Box 984 400
El Paso, TX. 79998

25) HSBC Bank
PO Box 5253
Carol Stream, IL. 60197

26) NCO Financial Systems
507 Prudential Road
Horsham, PA. 19044

27) Penn Forest Streams POA
11 Clubhouse Road
Jim Thorpe, PA. 18229-2766

28) United Recovery Sys.
PO Box 77272
Houston, TX. 77272

29) Demetrios K. Tsatis
Macey and Aleman Pl
420 Lexington Avenue
Suite 2132
NY, NY. 10170

30) US Dept of Education
Attn: Borrowers Svc. Dept.
PO Box 5609
Greenville, TX. 75403

31) Derrick A Meyler
91 Ocean Parkway #3F
Brooklyn, NY. 11218

32) Wigwam Lake Club, Inc
c/o Kevin Hardy
PO Box 818
Stroudsburg, PA. 18360

33) Robert L. Geltzer
1556 Third Avenue
New York, NY. 10128

RECEIVED
SEP 0? 2010
Records Management

Derrick Meyler
Derrick Meyler