UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                                                    Chapter 7

Derrick A. Meyler,                                                              Case No. 10-45852-CEC

                            Debtor.
--------------------------------------------------------x

## ORDER TO SHOW CAUSE

      WHEREAS, Derrick A. Meyler (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 21, 2010; and

      WHEREAS, the Debtor was represented by Demetrios K. Tsatis of Macey & Aleman, PC; and

      WHEREAS, on August 30, 2010, the Debtor filed a motion to dismiss this case (the "Motion to Dismiss"); and

      WHEREAS, on January 7, 2011, the Court issued an order relieving Demetrios K. Tsatis of Macey & Aleman, PC as counsel for the Debtor (the "Order Relieving Counsel"); and

      WHEREAS, at a hearing on the Motion to Dismiss held on February 3, 2011, the Debtor expressed dissatisfaction with the representation rendered by Demetrios K. Tsatis of Macey & Aleman, PC prior to the entry of the Order Relieving Counsel;

      NOW, THEREFORE, it is

      ORDERED, that the Debtor's attorney, Demetrios K. Tsatis of Macey & Aleman, PC, appear on March 22, 2011 at 11:30 a.m. before the Honorable Carla E. Craig in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, located at the Conrad B. Duberstein US Courthouse, 271 Cadman Plaza East, Brooklyn, New York 11201, and show cause why the Court should not order the return of fees paid in connection with this case pursuant to Rule 2017 of the Federal Rules of Bankruptcy Procedure in light of counsel's failure to provide appropriate representation of the debtor.



**Dated: Brooklyn, New York**
          **February 25, 2011**

                                                        /s/ Carla E. Craig
                                                   **Carla E. Craig**
                                          **United States Bankruptcy Judge**