March 9, 2011

Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**In re: Derrick A. Meyler – Case No.: 10-45852**
**Order to Show Cause**

Dear Judge Craig:

On March 8, 2011, I was informed by my previous employer, Macey & Aleman, P.C., that your Honor issued an Order to Show Cause to appear on March 22, 2011 at 11:30 a.m. in connection with the above-referenced matter. As of February 25, 2011, I am no longer in the employ of Macey & Aleman, P.C. As stated in my Affirmation filed on the Court's docket, my previous employer, through its partners and managing attorney have been fully apprised of the circumstances surrounding my representation of Mr. Meyler, including the debtor's Motion to Dismiss and this Order to Show Cause and will appear before your Honor for the scheduled hearing.

As per Macey & Aleman's retainer agreement, all legal fees and costs paid by Mr. Meyler in connection with my representation were paid directly to the law firm. At no point did I personally receive or retain any earned fees or costs. Subsequent to the initial § 341(a) Meeting of the Creditors, the debtor initiated an action in Civil Court of the City of New York, Kings County, Small Claims Part for the return of the legal fees and costs incurred. The firm's partners offered Mr. Meyler a full refund of the legal fees and costs. Mr. Meyler requested an adjournment of the proceedings in order to retain an attorney for his pending bankruptcy matter and to review the settlement offer.

In the event your Honor orders the return of all legal fees and costs paid by Mr. Meyler, Macey & Aleman, P.C. will be satisfying such an order. Therefore, I respectfully request that my presence at the aforementioned hearing be excused.

Respectfully,

Demetrios K. Tsatis, Esq. (DT2150)
200 OLD COUNTRY RD. SUITE 100
MINEOLA, NY 11501
dtbkcourt@gmail.com
(516) 741-9300

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                               Chapter 7

Derrick Meyler,                                     Case No. 10-45852-CEC

                    Debtor.
----------------------------------------------------------x

### AFFIRMATION

Demetrios K. Tsatis, Esq., an attorney duly admitted in this jurisdiction hereby states the following under the penalties of perjury:

1.  As of February 25, 2011, I am no longer in the employ of Macey & Aleman, P.C. (the Firm").

2.  As per the Firm's retainer agreement, all legal fees tendered by the Debtor were paid directly to the Firm.

3.  At no point during my employment with the Firm did I personally receive or retain any legal fees or costs in connection with the Firm's representation of the Debtor.

4.  Any Order requiring the return of fees paid in connection with this matter should be directed, solely, to the Firm.

5.  The Firm, through its partners and attorneys, have been made aware of the circumstances surrounding my representation of the Debtor, including the Debtor's Motion to Dismiss, this Order to Show Cause and the Debtor's previously filed Small Claims action for the return of legal fees.

NOW, THEREFORE, I respectfully submit this affirmation in support of my request to be excused from appearing before this Honorable court pursuant to the Order to Show Cause.

Date: March 14, 2011
      Nassau, New York

                                                    _____
                                                    Demetrios K. Tsatis, Esq. (DT2150)