UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                                                   Chapter 7

Derrick A Meyler,                                                            Case No. 10-45852-CEC

                                       Debtor.
--------------------------------------------------------x

## ORDER DIRECTING COUNSEL TO DISGORGE FEES

       WHEREAS, Derrick A. Meyler (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 21, 2010; and

       WHEREAS, the Debtor was represented by Demetrios K. Tsatis of Macey & Aleman, PC; and

       WHEREAS, on August 30, 2010, the Debtor filed a motion to dismiss this case (the "Motion to Dismiss"); and

       WHEREAS, on January 7, 2011, the Court issued an order relieving Demetrios K. Tsatis of Macey & Aleman, PC as counsel for the Debtor (the "Order Relieving Counsel"); and

       WHEREAS, at a hearing on the Motion to Dismiss held on February 3, 2011, the Debtor expressed dissatisfaction with the representation rendered by Demetrios K. Tsatis of Macey & Aleman, PC prior to the entry of the Order Relieving Counsel; and

       WHEREAS, on February 25, 2011, the Court directed the Debtor's attorney, Demetrios K. Tsatis of Macey & Aleman, PC, to appear on March 22, 2011 at 11:30 a.m. and show cause why the Court should not order the return of fees paid in connection with this case pursuant to Rule 2017 of the Federal Rules of Bankruptcy Procedure in light of counsel's failure to provide appropriate representation of the debtor; and

       WHEREAS, at the March 22, 2011, it was represented to the Court that Demetrios K. Tsatis is no longer employed by Macey & Aleman, PC; and

       WHEREAS, at the March 22, 2011 hearing, Jeffrey Kirschbaum, Esq., on behalf of Macey & Aleman, PC, agreed to return the fees paid in connection with this case;

NOW, THEREFORE, pursuant to Bankruptcy Rule 2017, it is

ORDERED, that Macey & Aleman, PC, return the $1,700 fee paid by the Debtor to the Debtor within one week of the date of this order.



**Dated: Brooklyn, New York**
**April 4, 2011**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**